# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK WHITE, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1 PERSON AT A TIME, LLC, )<br>)<br>Defendant. ) | Civil Action No. 2:17-cv-01047<br><br>Honorable Nora Barry Fischer<br><br>*ELECTRONICALLY FILED* |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL, ATTORNEYS' FEES AND INCENTIVE AWARD

Plaintiff, Mark White, by and through undersigned counsel, respectfully moves this Court for an order certifying the proposed class for final approval; approving the terms of the proposed class action settlement agreement for purposes and finding the agreement is fair and reasonable; approving the notice of the settlement provided to the members of the class; approving counsel's request for attorneys' fees; and approving counsel's request for an incentive award.

WHEREFORE, and for the reasons more fully stated in the memorandum of law and accompanying documents filed herewith, Plaintiff respectfully requests that the Court enter the attached proposed Order certifying the proposed class, approving the settlement as fair and reasonable, approving counsel's request for attorneys' fees, and approving counsel's request for an incentive award.

| | |
|---|---|
| Dated: June 7, 2018 | */s/ Gary F. Lynch* |
| | Gary F. Lynch |
| | PA ID No. 56887 |
| | glynch@carlsonlynch.com |
| | Jamisen A. Etzel |
| | PA ID No. 311554 |
| | jetzel@carlsonlynch.com |
| | Kevin Abramowicz |
| | PA ID No. 320659 |
| | kabramowicz@carlsonlynch.com |
| | **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP** |
| | 1133 Penn Avenue, 5th Floor |
| | Pittsburgh, PA 15222 |
| | (412) 322-9243 | Telephone |
| | (412) 231-0246 | Facsimile |
| | |
| | *Attorneys for Plaintiff* |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, June 7, 2018, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF filing system, which will send notification to all counsel of record.

*/s/ Gary F. Lynch*
Gary F. Lynch

2