# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK WHITE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> 1 PERSON AT A TIME, LLC, <br><br> Defendant. | Civil Action No. 2:17-cv-01047 <br><br> Honorable Nora Barry Fischer <br><br> *ELECTRONICALLY FILED* |

**DECLARATION OF GARY LYNCH IN SUPPORT OF MOTION FOR
FINAL APPROVAL, ATTORNEYS' FEES AND INCENTIVE AWARD**

1. I am a partner at Carlson Lynch Sweet Kilpela & Carpenter, LLP and have been a licensed member of the bar since 1989.

**Lodestar**

2. Our firm's current policy is that all attorneys and paralegals keep contemporaneous time records by entering all tasks and time in Thomson Reuters' ProLaw software no later than the end of the week in which work was performed. We record time in increments of 1/10th of an hour.

3. The time report below is based on my review of entries in our firm's system. In some instances, we did not have ProLaw records for certain tasks even though the work was performed. For those instances, I added entries based on conservative, good-faith estimates of amount of time required to perform the tasks. I referred to other contemporaneous records, such as emails and electronic timestamps, to assist in reconstructing those entries.

4. A true and correct summary of our time records are as follows, a spreadsheet of which can be provided if the Court so requests: Gary F. Lynch: 8.6 hours; Jamisen A. Etzel: 7.6 hours; Kevin Abramowicz: 44.9 hours.

1

5. We took care to avoid duplicative work and nonessential tasks were not included. For instance, "read and review" time entries were not included for insignificant items, such as unimportant emails, simple procedural orders, and non-substantive docket filings. Also, no time spent preparing portion of the final approval motion for approval of attorneys' fees, costs, or the incentive award was included in our time calculation.

6. The rates for each biller are: $650 for Gary F. Lynch (partner; 25+ years' experience); $300 for Jamisen A. Etzel (associate; 5+ years' experience); $250 for Kevin Abramowicz (associate; 1-5 years' experience). These rates are either equal to or lower than the rates used by our firm in recent cases.

7. Applying these rates to the hours worked, my firm's lodestar equals $19,095.

## Mediation

8. Prior to mediation, Plaintiff and Defendant exchanged information regarding this case through the initial disclosure process.

9. Defendant disclosed to Plaintiff a Department of Labor investigation report, which listed the findings of a department of labor investigation concerning the pay practices at issue here.

10. The report disclosed the identity of the class members, along with the pay they were owed as a result of Defendant's pay practices. The total amount of back pay owed pursuant to the DOL investigation was $70,916.58.

11. Defendant also provided checks and WH-58 forms to Plaintiff, which demonstrated the payments made to class members and the WH-58 forms either sent to or signed by class members pursuant to those payments.

12. The parties mediated this case before David B. White after exchanging the above referenced information. After a half-day mediation, the parties came to an agreement.

13. A true and correct copy of the settlement agreement is attached to the motion to final approval as Exhibit A.

14. Our firm has not received any objections or requests for exclusion pursuant to the notice process in this suit.

### Plaintiff White

15. This case began when Mr. White contacted us, unsolicited. He met with us at our offices to disclose documents and facts before filing the complaint, conducted a follow-up call to ensure the facts contained in the complaint were accurate, and came back to our offices shortly after filing the complaint to conduct another meeting.

16. Mr. White also assisted in preparing initial disclosures and participated in mediation, helping counsel reach a resolution to ensure each class member was provided actual monetary relief.

17. Further, Mr. White has monitored the progress of this case and has checked in periodically with counsel, both before and after settlement to ensure the case was progressing.

### The Carlson Lynch Firm

18. My firm has handled numerous class actions generally and many wage-and-hour class actions specifically.

19. My firm and I also have been appointed as class counsel for litigation and settlement purposes in many wage-and-hour class actions.

20. A true and correct copy of an updated firm resume is attached to the motion for final approval as Exhibit B.

Dated: June 7, 2018

_____

Gary F. Lynch

4